# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
CDM/CAPE, JV ) ASBCA No. 61412
)
Under Contract No. FA6643-08-D-0004 )

APPEARANCES FOR THE APPELLANT: Kevin P. Mullen, Esq.
James A. Tucker, Esq.
  Morrison Foerster LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Isabelle P. Cutting, Esq.
  Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' joint motion for a consent judgment, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $42,636.46. This amount is inclusive of interest. No further interest shall be paid.

Dated: September 6, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

_____                     _____
RICHARD SHACKLEFORD                         OWEN C. WILSON
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 61412, Appeal of
CDM/CAPE, JV, rendered in conformance with the Board's Charter.

      Dated:


                              _____
                              JEFFREY D. GARDIN
                              Recorder, Armed Services
                              Board of Contract Appeals